BENJAMIN B. WAGNER
United States Attorney
KATHERINE T. LYDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
(916) 554-2900 FAX

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-0221 TLN |
| Plaintiff, | |
| v. | **MOTION TO DISMISS INDICTMENT AND ORDER DISMISSING INDICTMENT** |
| DONACIANO RIVERA-BELTRAN, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, hereby files this motion and proposed order dismissing the Indictment against defendant DONACIANO RIVERA-BELTRAN in the above-captioned matter.

On July 8, 2015, the United States received a report confirming that the defendant passed away on December 8, 2014.  Accordingly, federal prosecution is no longer warranted.

DATED: July 15, 2015                          Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By:  */s/ Katherine T. Lydon*
KATHERINE T. LYDON
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )     CASE NO. 2:09-CR-0221 TLN
                                    )
            Plaintiff,              )
                                    )
       v.                           )     **ORDER**
                                    )
DONACIANO RIVERA-BELTRAN,           )
                                    )
            Defendant.              )
                                    )
_____)

The United States' motion to dismiss the pending indictment against defendant DONACIANO RIVERA-BELTRAN in case number 2:09-CR-0221 TLN is granted.

Dated:  July 15, 2015

Troy L. Nunley
United States District Judge